IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, | CASE NO. 20-cv-1035-SRN-KMM |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| UNITEDHEALTH GROUP, INCORPORATED and HEALTH PLAN OF NEVADA, INC., | |
| Defendants. | |
| UNITEDHEALTH GROUP, INCORPORATED; HEALTH PLAN OF NEVADA, INC.; and SIERRA HEALTH SERVICES, INC., | |
| Counterclaim Plaintiffs, | |
| v. | |
| BLUE CROSS AND BLUE SHIELD ASSOCIATION, | |
| Counterclaim Defendant. | |

Plaintiff/Counterclaim Defendant Blue Cross and Blue Shield Association and Defendants/Counterclaim Plaintiffs UnitedHealth Group Incorporated, Health Plan of Nevada, Inc. and Sierra Health Services, Inc. stipulate and jointly request an order, pursuant to Federal Rule of Civil Procedure 41(a), dismissing all claims, counterclaims, and defenses between them with prejudice, with each party bearing its own fees and

1

17613307.1

costs. The parties bring this stipulated motion for dismissal as they have reached a confidential settlement agreement.

Dated:  June 15, 2021

*Attorneys for Plaintiff/Counterclaim Defendant*
Blue Cross and Blue Shield Association

/s/ Garner K. Weng

Garner K. Weng
Janie L. Thompson
Neema S. Ghiasi
*(*Admitted *pro hac vice)*
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
(415) 777-3200
gweng@hansonbridgett.com
jthompson@hansonbridgett.com
nghiasi@hansonbridgett.com

Alan G. Carlson
Derek Vandenburgh
Nathan Louwagie
CARLSON CASPERS
225 S. Sixth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 436-9600
acarlson@carlsoncaspers.com
dvandenburgh@carlsoncaspers.com
nlouwagie@carlsoncaspers.com

Dated:  June 15, 2021

*Attorneys for Defendants/Counterclaim Plaintiffs*
UnitedHealth Group, Incorporated, Health Plan of Nevada, Inc. and Sierra Health Services, Inc.

*Peter M. Lancaster*

Peter M. Lancaster (#0159840)
Shannon L. Bjorklund (#0389932)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600
lancaster.peter@dorsey.com
bjorklund.shannon@dorsey.com

17613307.1